

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>VANGUARD MEDICAL, LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-10561-JEB |

**ORDER SETTING (A) STATUS CONFERENCE; (B) CLAIMS BAR DATE; (C) DEADLINE FOR ELECTION UNDER 11 U.S.C. § 1111(b); AND (D) OTHER DEADLINES**

In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Code, the Court **ORDERS** as follows:

1. The Court will convene a status conference in the above case on **May 21, 2024, at 11:30 a.m.,** in Courtroom No. 3, John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Boston, Massachusetts. The Debtor's attorney and the case trustee must appear.

2. On or before **May 7, 2024**, which is 14 days prior to the date of the foregoing status conference, the Debtor shall file the report required by 11 U.S.C. § 1188(c) and shall serve that report on the case trustee, the United States Trustee, and all other parties in interest.

3. On or before **June 24, 2024**, the Debtor shall file and serve a plan of reorganization. 11 U.S.C. § 1189(b). Any plan filed by the Debtor shall conform to the requirements of 11 U.S.C. §§ 1190 and 1191, along with the applicable provisions of 11 U.S.C. §§ 1123 and 1129. Concurrently with the filing of a plan, the Debtor shall file a motion requesting that the Court schedule a hearing on confirmation of the plan and establish related deadlines.

4. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b) shall do so within 14 days after the Court enters an order setting a hearing on confirmation of a plan. The Debtor shall provide notice of the 11 U.S.C. § 1111(b) election deadline in any notice it serves of the confirmation hearing date.

5. Except as provided in Fed. R. Bankr. P. 3003, creditors other than governmental units shall file proof of their claim or interest on or before **June 3, 2024**. 11 U.S.C. § 502(b)(9) shall govern the timing of the filing of proof of claims by governmental units.

6. In order to provide flexibility and maximize access for parties in interest, the status conference is scheduled as a Hybrid Hearing. Parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated March 26, 2024 ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice of Participation required under Paragraph II, 2 of that order to the Courtroom Deputy, Mary Murray, at Mary_Murray@mab.uscourts.gov by **May 17, 2024, at noon.** As provided in the Video Hearing Order, appearance by video is limited to counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom. **Requests submitted after the above deadline may not be considered by the Court.**

7. The Debtor shall serve a copy of this Order on the case trustee, the United States Trustee, and all other parties in interest and shall file a certificate of service evidencing such service by **April 3, 2024**.

Dated: April 1, 2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge